**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff

                                                 Case Number: 12-14336
VS.                                    Honorable: Robert H. Cleland

CLARICE M. ADAMS,
            Defendant
_____/

**ORDER FOR VOLUNTARY DISMISSAL**

Upon the Notice of the Plaintiff herein, and for the reasons stated in the said Petition,

IT IS HEREBY ORDERED that the above matter be dismissed without prejudice and without cost to any party.

DATED:    March 12, 2013               s/Robert H. Cleland
                                                          U.S. District Court Judge